Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
03/14/2025
CT Log Number 548642383

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Texas**

**FOR:** Wal-Mart Stores Texas, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: WILSON KIMBERLY // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Petition and Jury Demand, Letter |
| **COURT/AGENCY:** | Bowie County District Court, TX<br>Case # 25C0231202 |
| **NATURE OF ACTION:** | Personal Injury - 03/10/2023 - 4000 New Boston Road, Texarkana, Bowie County, Texas |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 03/14/2025 postmarked on 03/11/2025 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| **ATTORNEY(S)/SENDER(S):** | Darla Smith Crawford<br>FLINT, CRAWFORD, & COGBURN, P.L.L.C.<br>2821 Richmond Road<br>Texarkana, TX 75503<br>903-334-8928 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/15/2025, Expected Purge Date: 03/20/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CERTIFIED MAIL

FCC
LAW OFFICES OF
FLINT, CRAWFORD & COGBURN
2821 Richmond Road
Texarkana, TX 75503-2123

9589 0710 5270 0641 0627 23

SHREVEPORT LA 710
11 MAR 2025PM 3 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 75503
02 7H
0006126960
$ 009.64⁰
MAR 10 2025

Wal-Mart Stores Texas, LLC
CT Corporation System
1999 Bryant Street, Suite 900
Dallas, TX 75201

75201$4284 C050

**CITATION-PERSONAL SERVICE**
**THE STATE OF TEXAS**
**25C0231-202**
**KIMBERLY WILSON VS. WAL-MART STORES TEXAS LLC**

---

**TO WAL-MART STORES TEXAS LLC**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS TX 75201**

**DEFENDANT in the above styled and numbered cause:**

**YOU HAVE BEEN SUED. You may employ an attorney. If you do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Attached is a copy of the ORIGINAL PETITION W/JURY DEMAND in the above styled and numbered cause, which was filed on March 07, 2025 in the 202nd District Court of Bowie County, New Boston, Texas. This instrument describes the claim against you.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, ON THIS THE 10TH DAY OF MARCH, 2025.**

**ATTY FOR PETITIONER OR PETITIONER**

**DARLA CRAWFORD**
**2821 RICHMOND RD**
**TEXARKANA TX 75503**

DISTRICT COURT OF BOWIE COUNTY TEXAS

**LORI CARAWAY**
**BOWIE COUNTY DISTRICT CLERK 710**
**JAMES BOWIE DRIVE**
**NEW BOSTON, TX 75570**

**BY: /s/ Stephanie Wetherington DEPUTY**

---

**OFFICER'S RETURN**

**Came to hand on the ______day of ____________, ______, at ______ o'clock ___.M. EXECUTED at __________________________________________________, within the County of __________________, at _______o'clock ____.M. on the______day of ________________, ______, by delivering to the within named ______________________________, in person a true copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.**

**NOT EXECUTED, the diligence used to execute being ____________; for the following reason____________________, the defendant may be found _____________________.**

**FEE FOR SERVING CITATION: $________**

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.**

**____________________________SHERIFF/CONSTABLE**
**____________________________COUNTY, TEXAS**
**BY:__________________________DEPUTY**

**<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT</u>**

**In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:**

**"My name is ____________________________________, my date of birth is _________________________, and my address is**
**(First, Middle, Last)**

**________________________________________________________________________ (Street, City, State, Zip)**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.**

**Executed in ____________________ County, State of __________________, on the _________ day of _________________, 20 ____.**

**________________________________________**
**Declarant/Authorized Process Server**

**________________________________________**
**(ID # & Expiration of Certification)**

Filed 3/7/2025 5:40 PM
Lori Caraway,
District Clerk
Bowie County, Texas
Cory Dukes, Deputy

**CAUSE NO.** 25C0231-202

| | | |
|---|---|---|
| **KIMBERLY WILSON,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| **V.** | § | |
| | § | **OF** |
| **WAL-MART STORES TEXAS, LLC** | § | |
| | § | |
| **Defendants.** | § | **BOWIE COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW** Plaintiff, **KIMBERLY WILSON**, by and through her attorneys of record, Flint, Crawford & Cogburn, PLLC, complaining of Defendant **WAL-MART STORES TEXAS, LLC,** (hereinafter Wal-Mart) and for her cause of action would respectfully show the Court and Jury as follows:

**I.**

**Discovery Control Plan**

Pursuant to Rule 190 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery under Level II of the Discovery Control Plan.

**II.**

**Parties**

Plaintiff Kimberly Wilson is a resident of Virginia Beach, Virginia.

Defendant, Wal-Mart Stores Texas, LLC, is a foreign Limited Liability Company registered to do business in the state of Texas with its principal place of business being located at 4000 New Boston Road, #2123, Texarkana, Texas 75501. Wal-Mart may be served with this Petition through its registered agent, CT Corporation System, located at 1999 Bryant Street, Suite

900, Dallas, Texas 75201.

**III.**

**Jurisdiction and Venue**

The amount in controversy exceeds the minimum jurisdictional limits of this Court. The venue is proper in Bowie County, Texas pursuant to section 15.002 of the Texas Civil Practice and Remedies Code. This Court has jurisdiction, and venue is proper because all or most of the events giving rise to this cause of action occurred in Bowie County, Texas.

**IV.**

**Relief Sought**

Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff seeks "monetary relief over $250,000 but not more than $1,000,000".

**V.**

**Facts**

On or about March 10, 2023, Plaintiff Kimberly Wilson was shopping at Wal-Mart, Store #2123, located at 4000 New Boston Road, Texarkana, Bowie County, Texas. Plaintiff entered the Wal-Mart store on New Boston Road, and was walking into the self-checkout area. Plaintiff was passing a food warmer when she was caused to slip and fall due to grease on the floor, causing her to fall, landing on her right leg. Employees failed to monitor and failed to clean grease from the floor.

The unexpected fall resulted in serious injuries and damages to Plaintiff KIMBERLY WILSON. Plaintiff's bodily injuries occurred as a direct result of a fall that was proximately caused by the dangerous condition described above, which Defendant knew or in the exercise of ordinary

care, should have known existed.

## VI.

## Negligence

At all times mentioned herein, Defendant Wal-Mart owned and had such control over the premises in question that Defendant owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

Plaintiff was a business invitee of Defendant on the date and time of this incident. On the occasion in question, the premises owned, occupied and controlled by Defendant was not reasonably safe for Plaintiff's use, was not reasonably suited for Plaintiff's use and was in such an unsafe condition as to present an unreasonable risk of harm to Plaintiff and others similarly situated.

At all times pertinent herein, Defendant was negligent in various acts and omissions including, but not limited to the following, which negligence was a direct and proximate result of the occurrence in question.

a. Failing to monitor premises in a safe and reasonable manner;

b. Failing to monitor premises for potentially dangerous/hazardous conditions existing on the premises;

c. Failing to properly train and supervise employees to recognize and correct potentially dangerous/hazardous conditions existing on the premises; and

d. Failing to warn business invitees of potentially dangerous/hazardous conditions existing on the premises.

Each of these acts and omissions, taken singularly or in combination with others,

constitutes negligence and was the direct and proximate cause of the injuries and damages sustained by Plaintiff.

## VII.

## Damages

As a direct and proximate result of Defendant's negligence, Plaintiff suffered serious and painful injuries. As a result of the injuries sustained, Plaintiff suffered severe injuries and incurred the following damages:

a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the incident complained of herein and such charges are reasonable and were usual and customary charges for such services in or around Bowie County, Texas;

b. Reasonable and necessary medical care expenses which will in all reasonable probability be incurred in the future;

c. Physical pain and suffering in the past;

d. Physical pain and suffering in the future;

e. Mental anguish in the past;

f. Mental anguish in the future; and

The negligent acts described in the preceding paragraphs were a proximate cause of Plaintiff's injuries and damages. The negligence of Defendant was the proximate cause of the incident and the injuries to Plaintiff and for which Plaintiff hereby seeks recovery for the injuries and damages which were proximately caused therein.

## VIII.

## Jurisdictional Limits

By reason of the above and foregoing images and damages, Plaintiff has been damaged in the sum that exceeds the minimum jurisdictional limits of this Court.

## IX.

## Jury Demand

Plaintiff demands a trial by Jury.

## X.

## Prayer

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that the Defendant be cited to appear and answer herein; that she be awarded past and future medical expenses; that she be compensated for pain, suffering, and mental anguish; that she be awarded judgment against the Defendant in a sum in excess of the minimum jurisdictional limits of this Court; that she be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; that she recover from Defendant costs herein expended, and receive any and all other relief to which she may be justly entitled.

Respectfully submitted,

**FLINT, CRAWFORD, & COGBURN, P.L.L.C.**
2821 Richmond Road
Texarkana, Texas 75503
Office 903-334-8928
Facsimile 903-334-8853
E-mail: dcrawford@bruceflint.com

**Darla Smith Crawford, Texas 24112623**
Bruce A. Flint, Texas 07150100
**Attorneys for Plaintiff**

Filed 3/7/2025 5:40 PM
Lori Caraway
District Clerk
Bowie County, Texas
Cory Dukes, Deputy

Bruce A. Flint
Attorney
Licensed in TX, AR, LA, OK, & MA

FCC
LAW OFFICES OF
FLINT, CRAWFORD & COGBURN

Darla S. Crawford
Attorney
Licensed in AR & TX

Brandon C. Cogburn
Attorney
Licensed in AR & TX

25C0231-202

March 7, 2025

***Via eFile***
Bowie County District Clerk
Bowie County Courthouse
710 James Bowie Drive
New Boston, Texas 75570

Re: *Kimberly Wilson v. Wal-Mart Stores Texas, LLC, In the District Court of Bowie County, Texas.*

Dear Clerk of the Court:

Enclosed you will find *Plaintiff's Original Petition and Jury Demand* for filing in the **District Court of Bowie County**. Please issue one Citation for service of process to the following Defendant:

Wal-Mart Stores Texas, LLC
CT Corporation System
1999 Bryant Street, Suite 900
Dallas, Texas 75201

Please return the Citation per your normal policy. Thank you for your courtesy and time.

Sincerely,

*Darla Crawford*

Darla Crawford
Attorney at Law
Dcrawford@bruceflint.com

Encl.