**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TEXARKANA DIVISION**

| | | |
|---|---|---|
| KIMBERLY WILSON, | § | |
| | § | |
| **Plaintiff,** | § | |
| **V.** | § | |
| | § | **NO. 5:25-cv-00040** |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION FOR MEDIATION**

Pursuant to this Court's Docket Control Order of May 16, 2025 (Dkt. #7), the parties hereby jointly move the Court for entry for an order regarding mediation, and would state:

1. The parties agree to use Mediator Jim Cranford, Cranford Law Firm, 2010 Moores Lane, Suite 100, Texarkana, Texas 75503, (903) 792-0990.

2. The parties agree that the deadline for mediation is November 1, 2025.

WHEREFORE, the parties respectfully move the Court for an Order regarding Mediation of the above matter.

Respectfully submitted,

**FLINT, CRAWFORD & COGBURN, PLLC**
2821 Richmond Road, Texarkana, Texas 75503
Telephone: (903) 334-8928
Facsimile: (903) 334-8853

By: _/s/ Darla Smith Crawford_
    Darla Smith Crawford
    ***Lead Attorney to be Noticed***
    State Bar No. 24112623
    Email: dcrawford@bruceflint.com
    Bruce A. Flint, SBN 07150100
    Email: litigation@bruceflint.com
    **ATTORNEYS FOR PLAINTIFF**

**HARBOUR, SMITH, HARRIS & MERRITT, P.C.**

1125 Judson Road, Suite 106 (75601)
P.O. Drawer 2072, Longview, Texas 75606
Telephone (903) 757-4001
Facsimile (903) 753-5123

By: _/s/  Edward L. Merritt_____
      Edward L. Merritt
      *Lead Attorney to be Noticed*
      State Bar No. 13967400
      emerritt@harbourlaw.com
      Jessica M. LaRue
      State Bar No. 24076019
      jessica@harbourlaw.com
      **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On June 2, 2025 I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      _/s/  Darla Smith Crawford_____
      Darla Smith Crawford

**Then you would just do an order stating the above agreements.**

    **Hereby ordered:**
1.  **The parties will use Mediator** _____
2.  **The DEADLINE FOR MEDATION is** _____

        Respectfully submitted,

        **FLINT, CRAWFORD & COGBURN, PLLC**
        2821 Richmond Road, Texarkana, Texas 75503
        Telephone: (903) 334-8928
        Facsimile: (903) 334-8853

        By:   */s/  Darla Smith Crawford*
            Darla Smith Crawford
            ***Lead Attorney to be Noticed***
            State Bar No. 24112623
            Email:  dcrawford@bruceflint.com
            Bruce A. Flint, SBN 07150100
            Email: litigation@bruceflint.com
            **ATTORNEYS FOR PLAINTIFF**

        **HARBOUR,  SMITH,  HARRIS  &  MERRITT, P.C.**

        1125 Judson Road, Suite 106 (75601)
        P.O. Drawer 2072, Longview, Texas 75606
        Telephone (903) 757-4001
        Facsimile (903) 753-5123

        By:   */s/  Edward L. Merritt*
            Edward L. Merritt
            *Lead Attorney to be Noticed*
            State Bar No. 13967400
            emerritt@harbourlaw.com
            Jessica M. LaRue
            State Bar No. 24076019
            jessica@harbourlaw.com
            **ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

On May 15, 2025 I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/  Darla Smith Crawford*
Darla Smith Crawford