**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TEXARKANA DIVISION**

| | | |
|---|---|---|
| **KIMBERLY WILSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **V.** | § | |
| | § | **NO. 5:25-cv-00040** |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The parties' Joint Motion states they have agreed on Jim Cranford, Cranford Law Firm, 2010 Moores Lane, Suite 100, Texarkana, Texas 75503, (903) 792-0990, as mediator, and a mediation deadline of November 1, 2025. Dkt. No. 11. It is therefore

**ORDERED** that Jim Cranford be appointed mediator in this case.

Mediation shall be conducted in accordance with the Court-Annexed Mediation Plan, available at https://www.txed.uscourts.gov/?q=court-annexed-mediation-plan, to the extent not inconsistent with this or any other Court Order. In particular, the Mediator shall file a Mediation Report within (5) days following the conclusion of the scheduled mediation, indicating whether the case was settled, was continued, or the mediator declared an impasse. Further, the parties shall comply with Judge Schroeder's Standing Order Regarding the Proper Notification of Settlement (available at RS -STANDING_ORDER_-_Order_on_Settlements_Jan_12_2016.pdf).